# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REINA PONSETTO** c/o **VICTORIA WEINTRAUB,**
Appellant,

v.

**AGENCY FOR PERSONS WITH DISABILITIES,**
Appellee.

No. 4D21-1884

[May 26, 2022]

Appeal from the State of Florida, Agency for Persons with Disabilities, L.T. Case No. 21F-01059.

Stephanie Langer of Disability Independence Group, Inc., Miami , for appellant.

Jett L. Baumann, Senior Attorney of Agency for Persons with Disabilities, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***